UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

v.

PGA TOUR, INC.

    Defendant.

Case No. 0:16-cv-61734-WPD

**ORDER GRANTING DEFENDANT PGA TOUR, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER is before the Court upon Defendant PGA Tour, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, filed on August 12, 2016. [DE 16].  The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. The Motion [DE 10] is **GRANTED**.

2. The deadline for Defendant to serve and file a response to Plaintiff's Complaint is extended to September 6, 2016.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 16th day of August, 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All counsel of record

{38925304;1}