UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-61734-WPD

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

PGA TOUR, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff SYMBOLOGY INNOVATIONS, LLC, by and through its undersigned counsel, hereby gives notice of the parties' settlement of all aspects of this matter.  The parties anticipate submitting to the Court, within the next thirty (30) days, the papers necessary to finalize this matter.

Dated:  September 6, 2016      Respectfully submitted,

      /s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number 98220
Joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number 26975
Jerold.schneider@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number 112433
Kevin.cudlipp@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 6, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN

## SERVICE LIST

David Brafman
Mark D. Passler
Patricia M. Carlson
Akerman LLP
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL  33401
561.653.5000 – Telephone
561.659.6313 – Facsimile
David.brafman@akerman.com
Mark.passler@akerman.com
Patti.carlson@akerman.com

*Attorneys for Defendant*