UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-61734-WPD

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

PGA TOUR, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

In accordance with the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SYMBOLOGY INNOVATIONS, LLC and Defendant PGA TOUR, INC., by and through their undersigned attorneys, stipulate to the dismissal of all claims brought by Plaintiff in this action with prejudice, with each party bearing its own costs, attorneys' fees and expenses.

Dated: October 31, 2016                     Respectfully submitted,

| | |
|---|---|
| */s/ Joel B. Rothman* | */s/ David Brafman* |
| JOEL B. ROTHMAN | DAVID BRAFMAN |
| Florida Bar Number 98220 | Florida Bar Number 0068289 |
| Joel.rothman@sriplaw.com | David.brafman@akerman.com |
| JEROLD I. SCHNEIDER | MARK D. PASSLER |
| Florida Bar Number 26975 | Florida Bar Number 0058068 |
| Jerold.schneider@sriplaw.com | Mark.passler@akerman.com |
| KEVIN E. CUDLIPP | PATRICIA M. CARLSON |
| Florida Bar Number 112433 | Florida Bar Number 58592 |
| Kevin.cudlipp@sriplaw.com | Patti.carlson@akerman.com |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** | **AKERMAN LLP** |
| 4651 North Federal Highway | 777 S. Flagler Drive |
| Boca Raton, FL 33431 | Suite 1100, West Tower |
| 561.404.4350 – Telephone | West Palm Beach, FL 33401 |
| 561.404.4353 – Facsimile | 561.653.5000 – Telephone |
| *Attorneys for Plaintiff* | 561.659.6313 – Facsimile |
| | *Attorneys for Defendant* |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on October 31, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                                    /s/ Joel B. Rothman
                                                JOEL B. ROTHMAN

## SERVICE LIST

David Brafman
Mark D. Passler
Patricia M. Carlson
Akerman LLP
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL  33401
561.653.5000 – Telephone
561.659.6313 – Facsimile
David.brafman@akerman.com
Mark.passler@akerman.com
Patti.carlson@akerman.com

*Attorneys for Defendant*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431